AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Andrey Zhorzhes<br>a/k/a "Andrey Z"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24cr10293 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Andrey Zhorzhes a/k/a "Andrey Z",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Market Manipulation and Wire Fraud

18 U.S.C. § 1343 - Wire Fraud

Date: Sept 19, 2024

_____
Issuing officer's signature

City and state:   Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title