**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 24-10293 |
| : | |
| CLS GLOBAL FZC LLC et al. : | |

**NOTICE OF APPEARANCE**

Please take notice that Robert A. Fisher of the firm of Nixon Peabody LLP is appearing as counsel on behalf of the defendant, CLS Global FZC LLC, in the above-captioned action and requests the service of all pleadings, orders and notices in this case.

                Respectfully submitted,

                */s/ Robert A. Fisher*
                Robert A. Fisher (BBO No. 652602)
                NIXON PEABODY LLP
                Exchange Place
                53 State Street
                Boston, MA  02109
                Tel.: (617) 345-1000
                Fax: (617) 345-1300

Dated:  January 22, 2025

## **CERTIFICATE OF SERVICE**

  I, Robert A. Fisher, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, January 22, 2025.

                   */s/ Robert A. Fisher*
                   Robert A. Fisher